AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:24-mj-00045 |
| Jaimee Avery | ) Assigned to: Judge Meriweather, Robin M. |
|  | ) Assign Date: 2/5/2024 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Jaimee Avery                                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering or Remaining in any Restricted Building or Grounds
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building

Date:    02/05/2024                                                     *signature*   2024.02.05 16:40:23 -05'00'
                                                                                    *Issuing officer's signature*

City and state:        Washington, D.C.                           Robin M. Meriweather, U.S. Magistrate Judge
                                                                                    *Printed name and title*

---

**Return**

This warrant was received on *(date)*  2/6/24  , and the person was arrested on *(date)*  2/8/24
at *(city and state)*  Phoenix, AZ                                     .

Date:  2/9/24                                                         *signature*
                                                                                    *Arresting officer's signature*

                                                                                    John Wlasuk, FBI Special Agent
                                                                                    *Printed name and title*